## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Preserve at Blue Ridge, LLC        :
                                       :
                          v.           :           No. 100 C.D. 2020
                                       :
Dorrance Township by, through and      :
including Dorrance Township Board      :
of Supervisors,                        :
                          Appellants   :


**PER CURIAM**                    **O R D E R**


NOW, February 11, 2021, having considered Appellants' application for reargument and Appellee's answer in response thereto, the application is denied.